UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NORTH CAROLINA NORTHERN
DIVISION
CASE NO. 2:15-MJ-1096

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
MATTHEW G. STERLING )

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to dismiss the above entitled matter and to recall the outstanding warrant therein.

For good cause shown, the Court hereby GRANTS the government's motion and ORDERS the clerk to dismiss the matter and recall the warrant for arrest in the above-captioned case.

So ORDERED, this __15__ day of August, 2018.

_____
TERRENCE W. BOYLE
United States District Judge